THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADONIS POLANCO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-3388 |
| | § | |
| TAQUERIA EL JIMADOR | § | |
| MEXICAN GRILL, INC., and | § | |
| JUAN FLORES, INDIVIDUALLY, | § | |
| | § | |
| Defendants. | § | |

PLAINTIFF'S ORIGINAL COMPLAINT

SUMMARY OF SUIT

1.   Defendant Taqueria El Jimador Mexican Grill, Inc. (the "Company") owns and operates a Mexican restaurant serving the general Houston area.  Unfortunately, the Company did not pay its former employee, Plaintiff Adonis Polanco (the "Plaintiff"), one and one-half times his regular hourly rate for the overtime hours that he worked while employed by the Company.  Juan Flores ("Flores") is an officer and/or director of the Company.  Reference to the Defendants is collectively to the Company and Flores.

2.   Accordingly, the Plaintiff brings this action to recover unpaid overtime compensation, liquidated damages, and attorneys' fees owed to him under the Fair Labor Standards Act, 29 U.S.C. Section 216(b)(2017)(the "FLSA").

JURISDICTION AND VENUE

3.   This Court has subject matter jurisdiction pursuant to 29 U.S.C. § 216(b)(2017) and 28 U.S.C. § 1331 (2017).

4. The Plaintiff brings this complaint in the district in which (i) he resided while employed by the Company; (ii) the Company has its principal place of business; and (iii) a substantial portion of the conduct charged occurred. Accordingly, venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2017).

## THE PARTIES

5. The Plaintiff is a resident of Houston, Harris County, Texas. In performing his duties, the Plaintiff engaged in commerce or in the production of goods for commerce.

6. The Company, a Texas corporation, is an enterprise engaged in commerce and has acted, directly or indirectly, in the interest of an employer with respect to the Plaintiff. The Company may be served with process by serving its registered agent, Juan Flores, 5426 Highway 6 N., Houston, Texas 77084.

7. Flores, an individual residing in Houston, Texas, acted, directly or indirectly, in the interest of an employer with respect to the Plaintiff. Flores may be served with process at 5426 Highway 6 N., Houston, Texas 77084 or 901 Avenue K, South Houston, Texas 77587.

## FACTUAL BACKGROUND

8. The Company owns and operates a Mexican restaurant. The Company has been in business for approximately twelve (12) years and generates an annual gross revenue in an amount greater than

$500,000.00.

9.   The Plaintiff, an hourly employee, worked for the Company as a cook's helper.  The Plaintiff regularly worked, on average, more than fifty (50) hours per week.  Nevertheless, the Plaintiff was not paid one and one-half (1½) times his regular hourly rate for all hours worked over forty (40) hours per week.  Rather, the Plaintiff was paid the same amount each week for all hours worked.

10.   At all times material to his employment, the Plaintiff was entitled to be paid one and one-half (1½) times his regular rate for all hours worked in excess of forty (40) hours in a workweek.  29 U.S.C. § 207(a)(2017).  Accordingly, the Defendants' practice of failing to pay the Plaintiff overtime compensation is a clear violation of the FLSA.

11.   Flores is an officer and/or director of the Company and has a substantial financial interest in the Company and is directly involved in:

    a.   the hiring and firing of the Company's employees;

    b.   the day-to-day operations of the Company as they relate to defining the terms of employment, workplace conditions, and the level of compensation to be received by Company employees;

    c.   the Company's finances; and

    d.   corporate decisions.

## CAUSE OF ACTION

### Violations of the FLSA

12. The Plaintiff incorporates the allegations contained in paragraphs 1 through 11.

13. The Defendants' practice of failing to pay the Plaintiff for all overtime hours at one and one-half (1½) times his appropriate regular hourly rate was, and is, in violation of the FLSA.

14. Accordingly, the Plaintiff is entitled to his unpaid overtime compensation in an amount which is one and one-half times (1½) his appropriate regular hourly rate of pay.

15. Additionally, the Plaintiff is entitled to an amount equal to all of his unpaid wages and unpaid overtime compensation, as liquidated damages.

16. Finally, the Plaintiff is entitled to reasonable attorneys' fees and costs of this action. 29 U.S.C. § 216(b)(2017).

### PRAYER

WHEREFORE, the Plaintiff requests that this Court award him judgment against Defendants Taqueria El Jimador Mexican Grill, Inc., and Juan Flores, jointly and severally, for the following:

  a. damages for the full amount of his unpaid overtime compensation;

  b. an amount equal to his unpaid overtime compensation as liquidated damages;

  c. reasonable attorneys' fees, costs and expenses of this action;

    d.    pre-judgment and post-judgment interest at the highest rates allowable by law; and

    e.    such other and further relief as may be allowed by law.

                                 Respectfully submitted,

                                   /S/ Mark Siurek
                              Mark Siurek
                              TBA# 18447900
                              Fed ID# 9417
                              3334 Richmond, Suite 100
                              Houston, Texas  77098
                              713-522-0066 (telephone)
                              713-522-9977 (fax)
                              msiurek@warrensiurek.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF

OF COUNSEL:

WARREN & SIUREK, L.L.P.
Patricia Haylon
TBA# 09281925
Fed ID# 13941
3334 Richmond, Suite 100
Houston, Texas 77098
713-522-0066 (telephone)
713-522-9977 (fax)
thaylon@warrensiurek.com