Case 4:17-cv-03388    Document 7    Filed on 03/08/18 in TXSD    Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 08, 2018
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADONIS POLANCO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:17-cv-3388 |
| § | |
| TAQUERIA EL JIMADOR § | |
| MEXICAN GRILL, INC., and § | |
| JUAN FLORES, INDIVIDUALLY, § | |
| § | |
| Defendants. § | |

ORDER GRANTING PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Notice of Dismissal Without Prejudice filed by Plaintiff Adonis Polanco (the "Plaintiff") is hereby granted and the above-captioned matter is dismissed without prejudice with all costs taxed against the party incurring such costs.

SIGNED: March 8, 2018

_____
ALFRED H. BENNETT
U.S. DISTRICT JUDGE